

**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Correctional Center*

---

*Office of the Warden*

71 W. Van Buren Street
Chicago, IL 60605
September 22, 2021

**The Honorable Debra C. Poplin**
**United States Magistrate Judge**
Courtroom 3B
800 Market Street, Suite 144
Knoxville, TN 37902

RE:  Name:        SPELLER, Ronald J.
     Docket No.:  3:21-CR-63-TAV-DCP
     Reg. No.:    16884-074

Dear Judge Poplin:

This letter is in response to your court order dated July 29, 2021, which committed Mr. Speller for an examination pursuant to Title 18, United States Code, §§ 4241 and 4242. Mr. Speller was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on August 2, 2021, and he arrived at the institution on August 24, 2021.

As you may already be aware, the COVID-19 pandemic has had an unprecedented impact on the Bureau of Prisons' (BOP) daily operations. On March 13, 2020, the BOP implemented Phase II of the COVID-19 response. The national modified operations are being utilized to minimize potential for exposure to the virus and have impacted our ability to complete forensic examinations in accordance with standard timelines. As of November 1, 2020, the BOP had extended Phase IX of the COVID-19 response plan, which has extended national modified operations until further notice. As a result of the measures that have been put in place from the COVID-19 response plan, completion of the forensic examination of Mr. Speller has been delayed. On arrival, Mr. Speller was placed in quarantine status in accordance with the response plan, which precluded his participation in a face-to-face evaluation. He was released to the general population on September 17, 2021. That date is therefore considered the start of his evaluation period, as the usual evaluation procedures cannot begin until that date. The statute allows our psychology staff 45 days to complete the evaluation, plus a 30-day extension with good cause.

Accordingly, an extension of time to complete the evaluation is requested. Should you grant this extension, it is anticipated the evaluation will be complete by December 1, 2021, and the report will be routed to the court by December 22, 2021.

If you should have any questions regarding the evaluation, please contact Dr. Robin Watkins at (312) 322-0567 Ext. 1469. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Sincerely,

*R. Heisner*

R.A. Heisner
Warden