# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:21-cr-63      **Date:** March 2, 2022

United States of America    **vs.**    Ronald Speller

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Rachel Stone | DCR | Jake Taylor |

| Asst. U.S. Atty(s): | Probation Officer(s): | Atty(s) for Defendant(s): |
|---|---|---|
| LaToyia Carpenter |  | Jonathan Moffatt |

**Others Present:**

**Proceedings:**

The Court held a competency and status conference. Counsel had no objection to the sealed report being filed as a part of the record in this matter. Counsel for defendant addressed some additional concerns before the Court. The Court found that the defendant is competent to proceed to trial. The Court set this matter for trial on July 19, 2022. The Court set a Pretrial Conference on July 7, 2022 at 10:00 a.m. The Court also set a plea deadline of June 20, 2022. The Court also set a motion deadline of April 1, 2022, with responses due on April 15, 2022. Order to follow.

**Dates set at this hearing:**
- [✓] **Jury Trial:** July 19, 2022 at 9:00 a.m. (Judge Varlan)
- [✓] **Pretrial Conf.:** July 7, 2022 at 10:00 a.m. (Judge Poplin)
- [ ] **Detention Hrng.:**
- [ ] **Motion Hrng:**
- [ ] **Status Conf:**

**Deadlines set at this hearing:**
- [ ] **Discovery DDL:**
- [✓] **Motion Cut-Off:** April 1
- [✓] **Response to Mtns:** April 15
- [ ] **Reciprocal Disc.:**
- [✓] **Plea DDL:** June 20

[✓] Defendant remanded to custody.    [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 1:30      to    1:50

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

Case 3:21-cr-00063-TAV-DCP   Document 21   Filed 03/02/22   Page 1 of 1   PageID #: 63