# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:21-cr-63                                                         Date: May 23, 2022

### United States of America     vs.     Ronald J Speller

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

---

THE HONORABLE THOMAS PHILLIPS, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Angela Archer | Kara Nagorny | LaToyia Carpenter |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Jonathan Moffatt | | Kharmon Anderson |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

- ☒ Factual Basis doc #23 filed on 5/2/22
- ☒ Defendant is arraigned and specifically advised of his/her rights pursuant to Rule 11 F.R.C.P.
- ☒ Defendant moves to change plea  ☒ granted  ☐ denied
- ☒ Defendant waives reading of the Indictment/Information  ☐ Indictment/Information read
- ☒ Defendant pleads guilty to **Count 1 of the Indictment**
- ☐ Government moves to dismiss the remaining count(s) as to this defendant at sentencing.
- ☒ Referred for Presentence Investigative Report.

- ☒ DATE SET: **Sentencing and Revocation Hearing:** September 28, 2022, at 1:00 p.m.
  **Before U.S. District Judge Thomas A. Varlan**

---

• Parties must adhere to Local Rules 83.9(c) & 83.9(k)

• If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

---

- ☐ Defendant to remain on bond
- ☒ Defendant remanded to custody of the U.S. Marshal

2:00 p.m.     to   2:18 p.m.